IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SANDI S. COOPER,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants. | Cause No. 2:23-cv-00070-JTJ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon receipt of the parties Stipulation for Dismissal with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

DATED this 25th day of March 2025.

_____
John Johnston
United States Magistrate Judge

1